FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00107 BnB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

THANH TRAN,

    Applicant,

v.

ARISTEDES ZAVARES, EXECUTING DIRECTOR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND GRANTING APPLICANT LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Applicant Thanh Tran has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 16TH day of January, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 00107

Thanh Tran
Reg. No. 89506
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 81215 - 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  1-16-08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk